IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01045-KLM

DAMON ELLIS

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
CHARLES A. DANIELS, in his individual and official capacities, and
DAVID K. ALLRED, DO, in his individual and official capacities,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Vacate Scheduling/Planning Conference and Re-Schedule for a Later Date** [#9][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 17, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **October 27, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **October 20, 2015**.

      Dated: August 10, 2015

---

[1] "[#9]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.