IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01045-KLM

DAMON ELLIS

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
CHARLES A. DANIELS, in his individual and official capacities, and
DAVID K. ALLRED, DO, in his individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Vacate Scheduling Conference** [#15][1] (the "Motion"). In the Motion, Defendants ask the Court to vacate the October 27, 2015 Scheduling Conference because they "intend to file a motion to dismiss the complaint for lack of jurisdiction and for failure to state a claim" and also intend to file "a motion to stay discovery" concurrently with the motion to dismiss. *Motion* [#15] at 1. In essence, Defendants seek a stay without formally requesting one at this time. Without legal support for a stay, the Court will not enter a stay in this case. However, the Court will vacate the October 27, 2015 Scheduling Conference and reschedule it for a later date. If Defendants file the motions they describe, the Court will then consider whether a stay is appropriate. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED in part** and **DENIED in part**. The Motion is granted to the extent it asks the Court to vacate the October 27, 2015 Scheduling Conference and denied in all other respects. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 27, 2015 at 11:00 a.m. is **VACATED** and **RESET** to **January 7, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

---

[1] "[#15]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **January 4, 2016**.

    Dated:  October 19, 2015